No. 78–166. PLAQUEMINES PARISH SCHOOL BOARD *v.* BROUSSARD ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 78–271. DINKO *v.* UNITED STATES; and
No. 78–469. DINKO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 573 F. 2d 1297.

No. 78–296. SALVUCCI *v.* REVERE RACING ASSN., INC., ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 78–340. HAMILTON ET AL. *v.* UNITED STATES;
No. 78–396. FITZGERALD *v.* UNITED STATES;
No. 78–398. KOVACH *v.* UNITED STATES; and
No. 78–5313. LEAHU *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 579 F. 2d 1014.

No. 78–353. LUIGI GOLDSTEIN, INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 78–369. SHANNON ET AL. *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 78–408. DUCHARME ET VIR *v.* MERRILL-NATIONAL LABORATORIES ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 78–433. GORDON TRANSPORTS, INC., ET AL. *v.* HIGH-WAY & CITY FREIGHT DRIVERS, DOCKMEN & HELPERS, LOCAL UNION No. 600. C. A. 8th Cir. Certiorari denied. ▮

No. 78–441. ALLIED INTERNATIONAL PRODUCTS, LTD. *v.* TEXTRON INDUSTRIES, INC. C. A. 1st Cir. Certiorari denied. ▮

No. 78–442. OTM CORP. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮